```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3162 |
| | ) | |
| v. | ) | |
| | ) | |
| DELORES A. CERVANTES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has moved to continue her trial currently set for January 2, 2007. Filing 16. Counsel for the defendant has orally advised the court that the defendant and her counsel need an additional thirty days to prepare for trial, and that the government does not oppose a thirty-day continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1.  The defendant's trial is set to commence at 9:00 a.m. on January 29, 2007 for a duration of four trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

2.  This Court further finds that, based upon the showing set forth in defendant's motion and the representations of her counsel, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and January 29, 2007 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 26th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge