IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CR3162 |
| v. ) | |
| ) | |
| DELORES A. CERVANTES, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 22. The defendant was present with counsel, and was advised of her rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, defendant requested release on additional conditions. The government sought detention. I agree that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 10, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED January 26, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge