IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3162 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DELORES A. CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |

In response to the defendant's letter received in the undersigned's chambers on December 19, 2014,

IT IS ORDERED that:

(1)  The Clerk of Court shall update the defendant's mailing address on the court's docket sheet.

(2)  The Clerk of Court shall mail to the defendant a copy of this order and filings 47, 50 and 51.

Dated December 19, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge