IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3162 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DELORES A. CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Federal Public Defender David R. Stickman's motion to withdraw (filing 54) is granted. The defendant's motion to reduce sentence (filing 46) is denied as moot inasmuch as the defendant will be released from custody prior to November 1, 2015.

Dated April 15, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge